UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ALABAMA

IN RE +
 + Case No. 21-02463-TOM13
SHAWPONICA D. MONCRIEF +
 Debtor +

## NOTICE OF APPEARANCE

Comes now Larry Darby and gives notice to this Honorable Court that he represents MIDTOWN OAKS, judgment creditor, in this cause and requests notice.

Respectfully submitted,

**/s/   Larry Darby**
**Larry E. Darby (DAR009)**
**Attorney for Creditor**
**Darby Law Firm, LLC**
**Post Office Box 3905**
**Montgomery, Alabama 36109**
**Tel 334.356.3593 Fax 334.356.6392**
**Bankruptcy@AlabamaEvictions.com**

## CERTIFICATE OF SERVICE

I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

| | |
|---|---|
| Michael D. Brock, Esq. | Bradford W. Caraway, Trustee |
| P. O. Drawer 311167 | Post Office Box 10848 |
| Enterprise, AL 36331 | Birmingham, AL 35202 |

**/s/   Larry Darby**
**Larry E. Darby**